■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v ARTHUR BRANDT, Respondent.

Concur — Kupferman, J. P., Sullivan, Asch, Kassal and Ellerin, JJ.